UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN MICHELLE BOYD, | Case No. 2:22-cv-00244-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF AMERICA, N.A.; and DOES 1 through 15, inclusive, | |
| Defendants. | |

Having considered Defendant Bank of America, N.A.'s ("BANA") *ex parte* Motion to Stay All Deadlines, the Court finds good cause to grant Defendant's request pending a decision on BANA's request to transfer this case to Judge Larry Alan Burns of the Southern District of California to be consolidated as part of the multidistrict litigation, *In re Bank of America California Unemployment Benefits Litig.*, Case No. 21-md-02992-LAB (the "MDL").

///

///

///

Accordingly, Defendant's *Ex Parte* Motion to Stay All Deadlines (ECF No. 3), is GRANTED.

IT IS SO ORDERED.

DATED: February 9, 2022

_____
Troy L. Nunley
United States District Judge

ACTIVE/115060369.1

2
NOTICE OF REMOVAL